# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **Thomas G. Wallrich**
(Name of attorney of record)

on behalf of **Atmus Filtration, Inc.** in the matter of **Atmus Filtration, Inc.** v. **U.S. Customs and Border Protection; Rodney S. Scott, United States of America**,

Court No. **1:26-cv-01259**.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   Atmus Filtration Technologies Inc., a Delaware corporation, which is our parent/holding company. It is public on the NYSE and trades under the symbol "ATMU

2. Indicate whether the party on whose behalf this Form is being filed is **XX** the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
   N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
   N/A

_[signature]_      2/27/26

Signature of Attorney      Date

Cozen O'Connor
**Firm**

150 South Fifth Street, Suite 1200
**Street Address**

Minneapolis, MN 55402
**City, State and Zip Code**

612-260-9000
**Telephone Number**

twallrich@cozen.com
**E-mail Address**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)