## CERTIFICATE OF SERVICE

*Atmus Filtration Inc., v. United States Customs and Border Protection et al*

CIT Case No. 1:26-cv-01259

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on February 27, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11, Form 13, and Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction Limited to Suspension of Liquidation by certified mail, return receipt requested, upon the following:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Attorney-In-Charge
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229

*/s/ Thomas G. Wallrich*
Thomas G. Wallrich