UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ATMUS FILTRATION, INC., | |
|         Plaintiff, | |
|         v. | Before: Richard K. Eaton, Judge |
| UNITED STATES, | Court No. 26-01259 |
|         Defendant. | |

## ORDER

In connection with Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction Limited to Suspension of Liquidation, ECF No. 3, and in anticipation of Defendant's response, it is hereby

**ORDERED** that a hearing is scheduled for Wednesday, March 4, 2026, at 1:00 p.m. in Courtroom 1, located at One Federal Plaza, New York, New York 10278. The counsel for the parties are directed to appear in-person before the court.

                                                                                                  /s/ Richard K. Eaton
                                                                                                        Judge

Dated: March 2, 2026
       New York, New York