# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| ATMUS FILTRATION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER ) <br> PROTECTION; RODNEY S. SCOTT, in ) <br> his official capacity as Commissioner of ) <br> U.S. Customs and Border Protection; and ) <br> the UNITED STATES OF AMERICA ) <br> ) <br> Defendants. ) <br> ) <br> ) | Court No. 26-01259 |

## STIPULATION REGARDING THE COURT'S AUTHORITY TO ORDER RELIQUIDATION

The parties hereby stipulate and agree as follows:

1. Whereas, in Defendant's Response in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 14), the Government stated that it does not dispute the Court's authority to order reliquidation of entries subject to now invalidated duties imposed under the International Emergency Economic Powers Act ("IEEPA");

2. IT IS HEREBY STIPULATED that, consistent with the position taken by the Government in ECF No. 14, and for purposes of this action, the parties agree that the U.S. Court of International Trade possesses authority to order reliquidation of entries assessed with duties imposed under the invalidated IEEPA measures, should such relief be warranted;

3.  This stipulation is without prejudice to any other claims, defenses, or arguments of either party unrelated to the Court's authority to order reliquidation, and shall not be construed as an admission on any other issue.

Dated: March 3, 2026

/s/ *Claudia Burke*
Deputy Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063

*Counsel for Defendant*

**COZEN O'CONNOR**

/s/ *Thomas G. Wallrich*
Thomas G. Wallrich (MN Bar #0213354)
Heather L. Marx (MN Bar #321163)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 260-9002
twallrich@cozen.com
hmarx@cozen.com
Brett Crow (PA Bar #334566)
One Liberty Place, 1650 Market Street Suite 2800
Philadelphia, PA 19103
(215) 821-1754
bcrow@cozen.com

*Counsel for Plaintiff*