## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| ATMUS FILTRATION, INC. ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. CUSTOMS AND BORDER ) <br> PROTECTION; RODNEY S. SCOTT, in ) <br> his official capacity as Commissioner of ) <br> U.S. Customs and Border Protection; and ) <br> the UNITED STATES OF AMERICA ) <br> ) <br>    Defendants. ) <br> ) <br> ) | Court No. 26-01259 |

## NOTICE OF WITHDRAWAL OF

## MOTION FOR A TEMPORARY RESTRAINING ORDER

## <u>AND PRELIMINARY INJUNCTION LIMITED TO SUSPENSION OF LIQUIDATION</u>

**PLEASE TAKE NOTICE** that Plaintiff Atmus Filtration, Inc. ("Atmus"), by and through undersigned counsel, in light of the Stipulation Regarding the Court's Authority to Order Reliquidation filed concurrently with this Notice, hereby withdraws its Motion For a Temporary Restraining Order and Preliminary Injunction Limited to Suspension of Liquidation (ECF No. 3) filed on February 27, 2026.

Dated: March 3, 2026

                                                  **COZEN O'CONNOR**

                                                  */s/ Thomas G. Wallrich*
                                                  Thomas G. Wallrich (MN Bar #0213354)
                                                  Heather L. Marx (MN Bar #321163)

LEGAL\113752004\1

150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 260-9002
twallrich@cozen.com
hmarx@cozen.com
Brett Crow (PA Bar#334566)
One Liberty Place, 1650 Market Street Suite 2800
Philadelphia, PA 19103
(215) 821-1754
bcrow@cozen.com

*Counsel for Plaintiff*

LEGAL\113752004\1