UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ATMUS FILTRATION, INC., : <br> : <br> Plaintiff, : <br> : Before: Richard K. Eaton, Judge <br> v. : <br> : Court No. 26-01259 <br> UNITED STATES, : <br> : <br> Defendant. : <br> : | |

**ORDER**

The court directs that counsel for Defendant the United States be prepared to answer the following questions at the hearing scheduled in this matter (ECF No. 11):

1) Is the estimated number of entries that have been made since duties were first imposed pursuant to the International Emergency Economic Powers Act ("IEEPA") materially greater or less than the number of entries made during the twelve months preceding the imposition of IEEPA duties?

2) Is U.S. Customs and Border Protection ("Customs") currently liquidating entries with duties imposed pursuant to IEEPA?

3) Has Customs issued refunds of IEEPA duties as the result of liquidations that have taken place since the Supreme Court's decision in *Learning Resources, Inc. v. Trump*, 2026 WL 477534 (U.S. Feb. 20, 2026)?

4) Have instructions been issued to Customs officers instructing them to liquidate unliquidated entries without IEEPA duties?

5) Is it Customs' position that, with respect to entries that are liquidated without IEEPA duties, the importers of record will be sent a refund in an amount equal to the IEEPA duties plus interest?

                                                                              /s/ Richard K. Eaton
                                                                                                     Judge

Dated: March 3, 2026
       New York, New York