# United States Court of International Trade
## Honorable Richard K. Eaton

### Appearance Sheet

Docket No. 26-01259  
Hearing  
March 4, 2026  
1:00 p.m.  
Courtroom 1  
Jurisdiction 1581(i)

Atmus Filtration, Inc.,<br>
Plaintiff,<br>
v.<br>
United States<br>
Defendant.

---

### Counsel

**Plaintiff**
**Brett Crow**
Cozen O'Connor

**Defendant**
**Claudia Burke**
**Justin Reinhart Miller**
U.S. Department of Justice