UNITED STATES COURT OF INTERNATIONAL TRADE

| | : | |
|---|---|---|
| ATMUS FILTRATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 26-01259 |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Upon consideration of Freestyle World, Inc.'s Motion for Intervention Pursuant to CIT Rule 24(b) for the Limited Purpose of Attending the March 6, 2026, Conference, ECF No. 24, it is hereby

**ORDERED** that the motion is denied.

      /s/ Richard K. Eaton
      Judge

Dated: March 5, 2026
      New York, New York