UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                          :
ATMUS FILTRATION, INC.,           :
                                            :
                 Plaintiff,     :
                                          :     Before: Richard K. Eaton, Judge
      v.                            :
                                          :     Court No. 26-01259
UNITED STATES,                :
                                          :
                 Defendant.    :
_____:

## ORDER

      Upon consideration of the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection (ECF No. 31), and following the conference held today, it is hereby

      **ORDERED** that the amended Order dated March 5, 2026 (ECF No. 29) is suspended to the extent that it directs immediate compliance.

                                         _____/s/ Richard K. Eaton_____
                                                 Judge

Dated: March 6, 2026
       New York, New York