UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| ATMUS FILTRATION, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,<br><br>              Defendants. | Court No. 26-01259<br><br>**PUBLIC VERSION** |

**DECLARATION OF JOHN EVERETT**

I, John Everett, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter:

1. I am the Official Performing the Duties of Deputy Executive Director, Trade Transformation Office, Office of Trade, U.S. Customs and Border Protection (CBP), a position I have held since October 2025. In my role, I provide strategic oversight related to the cost, schedule, and performance of Office of Trade's technological investments, including the Automated Commercial Environment and Advanced Trade Analytics Platform. Previously, I served as Director of the Advanced Trade Analytics Program from February 2019 until October 2025, and Branch Chief, Post Release, Entry

1

**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

Summary Accounts and Revenue Division from September 2013 to February 2019.

2. I have access to CBP's Automated Commercial Environment (ACE) and can retrieve certain information from this system regarding entries, liquidations, and billing.

3. On March 9, 2026, I ran a query using Importer of Record (IOR) number ███ ███████, which Atmus Filtration, Inc. ("Atmus") provided to the U.S. Department of Justice on March 6, 2026, and Entry Dates between March 1, 2025 and March 9, 2026. Three entries from this query, exemplifying the complexity of entries for which CBP will need to process refunds, are discussed below.

**ENTRY No.** ███████████

4. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████

5. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████

**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

6. ██████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

7. ██████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

8. For each Entry Summary Line, importers must report all applicable provisions of the Harmonized Tariff Schedule of the United States (HTSUS), the value of the merchandise entered on the line, the estimated duty amount, the country of origin, and the country of export.

9. ██████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████

   a. ████████████████████████████████████████████

      ████████████████████████████████████████;

3

**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

b. ███████████████████████████████████████████
███████████████████████████████████████;

c. ███████████████████████████████████████████
████████;

d. ███████████████████████████████████████████
███████████████████████████████████████████
██████████████████; and

e. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████

10. ███████████████████████████████████████████
███████████████████████████



**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

**ENTRY No.** ███

11. ███

███

███

12. ███

███

13. ███

███

███

 a. ███

 ███;

 b. ███;

 c. ███

 ███; and



**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

    d. ███████████████████████████
       █████████████████████████████
       █████████████████████████████
       ████████████████████

14. ████████████████████████████████
    ████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

███████████████████████████████████
███████████████████████████████████
████████████████████████████

                **ENTRY No.** ████████

15. █████████████████████████████████
    ██████████████████████.

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

■

16. ██████████████████████████████████████████████████████

██████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

17. ██████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

    a. ███████████████████████████████████████████

████████████;

    b. ███████████████████████████████████████████

███████;

    c. ██████████████████████████████████████

████████████████████;

    d. ███████████████████████████████████████████

███████████████████; and

    e. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████

THIS PAGE CONTAINS CONFIDENTIAL INFORMATION

18. 

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of March, 2026.

JOHN R EVERETT
Digitally signed by JOHN R EVERETT
Date: 2026.03.10 12:20:04 -04'00'

John Everett
Official Performing the Duties of Deputy Executive Director
Trade Transformation Office
Office of Trade
U.S. Customs and Border Protection

**PUBLIC VERSION**

ATTACHMENT A IS ENTIRELY CONFIDENTIAL
AND HAS BEEN OMITTED FROM THE PUBLIC VERSION.

Attachment A

**[INFORMATION IS NOT SUSCEPTIBLE TO PUBLIC SUMMARY]**