UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| ATMUS FILTRATION, INC., | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 26-01259 |
| UNITED STATES, | : | |
| Defendant. | : | |

# **ORDER**

Upon consideration of the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection ("Customs"), dated March 12, 2026 (ECF No. 39), which confirms that Customs is making satisfactory progress to timely complete the development of a process to issue refunds of International Emergency Economic Powers Act ("IEEPA") duties paid, with interest; and taking note of Mr. Lord's Declaration of March 6, 2026 (ECF No. 31), in particular paragraph 22, which indicates that the process of issuing refunds can be expedited to those importers who take the necessary steps to receive refunds electronically, as described in Customs' Interim Final Rule on Electronic Refunds (published in the Federal Register on January 2, 2026, at 91 Fed. Reg. 21), it is hereby

**ORDERED** that the suspension of the amended Order dated March 5, 2026 (ECF No. 29), as ordered by the court on March 6, 2026 (ECF No. 33), is continued; and it is further

**ORDERED** that Defendant shall file, by 2:00 p.m. EDT on Thursday, March 19, 2026, a short report describing the progress Customs has made toward the development of a process to issue refunds of IEEPA duties paid with interest.

                                                                                           /s/ Richard K. Eaton
                                                                                               Judge

Dated: March 12, 2026
       New York, New York