UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ATMUS FILTRATION, INC., : <br> : <br> Plaintiff, : <br> : Before: Richard K. Eaton, Judge <br> v. : <br> : Court No. 26-01259 <br> UNITED STATES, : <br> : <br> Defendant. : | |

**ORDER**

Upon consideration of the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection ("Customs"), dated March 12, 2026 (ECF No. 39), and in anticipation of the report due on March 19, 2026 (ECF No. 40), it is hereby

**ORDERED** that a closed video conference is scheduled for Thursday, March 19, 2026, at 3:00 p.m. EDT. The court's Case Manager will provide the parties' counsel with details of the video conference. This settlement conference will not be open to the public.

/s/ Richard K. Eaton
Judge

Dated: March 16, 2026
New York, New York