FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

| | |
|---|---|
| Atmus Filtration, Inc.<br><br>                    Plaintiff,<br><br>     v.<br>United States et al.<br><br>                    Defendant. | Court No.          26-01259 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff          , Atmus Filtration, Inc.          , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

Michael E. Murphy                              .

Date: March 18, 2026

/s/ Michael E. Murphy
_____
Signature

Michael E. Murphy
_____
Attorney

Sidley Austin LLP
_____
Firm

1501 K St. NW
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

+1 202 736 8016
_____
Telephone Number

ted.murphy@sidley.com
_____
E-mail Address