UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| ATMUS FILTRATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 26-01259 |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Upon consideration of Plaintiff's Motion for Expanded Case Management Procedures, ECF No. 45, it is hereby

**ORDERED** that the motion is denied.

/s/ Richard K. Eaton
Judge

Dated: March 18, 2026
      New York, New York