# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| ATMUS FILTRATION, INC., <br><br>         Plaintiff, <br><br>   v. <br><br> UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, <br><br>         Defendants. | Court No. 26-01259 |

PLEASE TAKE NOTICE that the undersigned may be removed as counsel for U.S. Customs and Border Protection in this matter.

Respectfully submitted,

Valerie Sorensen-Clark

/s/ Valerie Sorensen-Clark
VALERIE SORENSEN-CLARK
Attorney
U.S. Customs & Border Protection
International Trade Litigation
26 Federal Plaza, Room 258
New York, NY 10278
(212) 264-9271

Dated: March 19, 2026

1