UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ATMUS FILTRATION, INC., | : |
| | : |
| Plaintiff, | : |
| | : Before: Richard K. Eaton, Judge |
| v. | : |
| | : Court No. 26-01259 |
| UNITED STATES, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the court's Amended Order dated March 20, 2026, ECF No. 49, is further amended to add a sentence so that the ordered paragraph reads: "**ORDERED** that, with respect to any and all unliquidated entries that were entered subject to IEEPA duties, U.S. Customs and Border Protection is hereby directed to liquidate those entries without regard to the IEEPA duties. Any liquidated entries for which liquidation is not final shall be reliquidated without regard to those duties. Any liquidated entries for which liquidation is final shall be reliquidated without regard to the IEEPA duties. For the avoidance of doubt, nothing in this order addresses issues concerning duty free de minimis treatment under 19 U.S.C. § 1321 that are otherwise before this Court. *See Axle of Dearborn, Inc. v. Department of Commerce et al.* (1:25-cv-00091-3JP)."; and it is further

**ORDERED** that the court continues to suspend the Amended Order dated March 20, 2026, ECF No. 49, as amended above, to the extent that it requires immediate compliance.


                                                          /s/ Richard K. Eaton
                                                                Judge


Dated: March 27, 2026
        New York, New York